IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIE PIERRE DESERNE | : | CIVIL ACTION |
| | : | NO. 10-03694 |
| v. | : | |
| | : | |
| MADALYN AND LEONARD | : | |
| ABRAMSON CENTER FOR | : | |
| JEWISH LIFE, INC. | : | |
| | : | |

**ORDER**

AND NOW, this 17th day of November, 2010, upon consideration of defendant's motion to dismiss Counts I and II of Plaintiff's complaint, and all responses thereto, it is ORDERED that the motion is GRANTED. To the extent that Count I of plaintiff's complaint asserts a claim for tortious wrongful discharge, it is DISMISSED with prejudice. To the extent that Count I of plaintiff's complaint asserts a claim for race and/or national origin discrimination, it is DISMISSED without prejudice for failure to exhaust her administrative remedies. Count II of plaintiff's complaint is DISMISSED without prejudice. Plaintiff may file an amendment to Count II alleging facts sufficient to state a claim against defendant within 10 days of the date of this Order.

                                              *s/Thomas N. O'Neill, Jr.*
                                              THOMAS N. O'NEILL, JR., J.