IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARIE PIERRE DESERNE | : | CIVIL ACTION |
| --- | --- | --- |
| | : | NO. 10-03694 |
| v. | : | |
| | : | |
| MADLYN AND LEONARD | : | |
| ABRAMSON CENTER FOR | : | |
| JEWISH LIFE, INC. | : | |
| | : | |

**<u>ORDER</u>**

AND NOW, this 16th day of February, 2011, upon consideration of defendant's motion to dismiss plaintiff's amended Count II, and all responses thereto, it is ORDERED that the motion is GRANTED. Plaintiff's Amended Count II to Complaint in Civil Action is DISMISSED.

       *s/Thomas N. O'Neill, Jr.*
       THOMAS N. O'NEILL, JR., J.