IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIE PIERRE DESERNE | : | CIVIL ACTION |
|  | : | NO. 10-03694 |
| v. | : |  |
|  | : |  |
| MADLYN AND LEONARD ABRAMSON CENTER FOR JEWISH LIFE, INC. | : | |
|  | : |  |
|  | : |  |

### ORDER

AND NOW, this 17th day of May, 2011, upon consideration of defendant's motion for summary judgment, plaintiff's response and defendants' reply, it is ORDERED that the motion is GRANTED and judgment is ENTERED in the above action in favor of defendant Madlyn and Leonard Abramson Center for Jewish Life, Inc and against plaintiff Marie Pierre Deserne.

                                                *s/Thomas N. O'Neill, Jr.*
                                                THOMAS N. O'NEILL, JR., J.